232

58 So.2d 468

**Johnnie B. TWYMAN v. STATE.**

**7 Div. 162.**

Supreme Court of Alabama.

April 17, 1952.

Wm. C. Bibb and Wilkes C. Robinson, Anniston, for petitioner.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

FOSTER, Justice.

This is a petition for writ of certiorari to the Court of Appeals filed by Johnnie B. Twyman to review and revise the judgment and decision of that court in the case of Twyman v. State, Ala.App., 58 So.2d 466.

After a careful consideration of the opinion and all matters before us for review, we are persuaded the petition must be denied.

Certiorari denied.

LIVINGSTON, C. J., and LAWSON and SIMPSON, JJ., concur.